JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5388RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| JOSE GARCIA-ROMERO, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Affidavit of Colin A. Fieman and Memorandum in Support of the Motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender Colin A. Fieman, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

IT IS SO ORDERED this 7th day of October, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Colin A. Fieman*

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Garcia-Romero*, NO. CR05-5388RBL – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington  98402

1  COLIN A. FIEMAN
   Attorney for Defendant

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Garcia-Romero*, NO. CR05-5388RBL – page 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington  98402**